# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY and STATE NATIONAL INSURANCE COMPANY (ADMINISTERED BY TORUS US INTERMEDIARIES, INC., N/K/A STARTSONE US INTERMEDIARIES), <br><br> Plaintiffs, <br> v. <br> U.S. COMMERCIAL, LLC, now known as STRATEGIC CAPITAL HOLDINGS, LLC, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 8:17-cv-00445-AG (KESx) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: March 13, 2017 <br> Trial Date: April 14, 2020 |
| U.S. COMMERCIAL, LLC, now known as STRATEGIC, HOLDINGS, LLC, <br><br> Counter-Claimant, <br> v. <br> HOUSTON CASUALTY COMPANY and ROES 1-10, inclusive, <br><br> Counter-Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties, Rule 41(a) of the Federal Rules of Civil Procedure, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 2nd day of January, 2020.

_____
The Honorable Andrew J. Guilford
United States District Judge